# EXHIBIT B

| | |
|---|---|
| UMDASCH REAL ESTATE USA, LTD, ET AL<br><br>Plaintiff<br><br>vs<br><br>BOROUGH OF WALLINGTON<br><br>Defendant | 20201022152806<br><br>Superior Court Of New Jersey<br><br>BERGEN Venue<br><br>Docket Number BER L 6317 20 |

**Person to be served** (Name and Address)
BOROUGH OF WALLINGTON,
24 UNION BLVD
WALLINGTON NJ 07057
**By serving** CLERK

**Attorney** MARC E LEIBMAN, ESQ

**Papers Served** SUMMONS AND COMPLAINT, CIS, CERTIFICATION

**Service Data**   [X] Served Successfully   [ ] Not Served

Date/Time   10/23/2020 1 25 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e g managing agent, registered agent, etc (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R 4 4-3(c)

$ _____

Name of Person Served and relationship/title

GREG ZAGAJA

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service**

SEX M   AGE 36-50   HEIGHT 5'9"-6'0"   WEIGHT OVER 200 LBS   SKIN WHITE   HAIR BROWN   OTHER _____

**Unserved**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on   Date/Time _____
                     Date/Time _____
                     Date/Time _____

Other

**Served Data**
Subscribed and Sworn to me this
26 day of Oct 20 20
Notary Signature KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
Name of Notary My Commission Expires Dec 18, 2023   Commission Expiration

I, DAVID SPALDING,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation I declare under penalty of perjury that the foregoing is true and correct

Signature of Process Server   10/26/2020 Date

Name of Private Server DAVID SPALDING   Address 2009 Morris Avenue, Union, NJ 07083   Phone (800) 672-1952