PFUND MCDONNELL, P.C.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
Attorneys for Defendant, Borough of Wallington

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *Plaintiff(s)* <br> UMDASCH REAL ESTATE, USA, LTD. AND DOKA USA, LTD. <br><br> vs. <br><br> *Defendant(s)* <br> BOROUGH OF WALLINGTON | CIVIL ACTION NO. 2:20-cv-16346 <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mary C. McDonnell, Esq. of Pfund McDonnell, P.C., hereby formally enters her appearance on behalf of Defendant, Borough of Wallington.

PFUND MCDONNELL, PC.

s/*Mary C. McDonnell, Esq.*
David T. Pfund, Esq.
Attorneys for Defendant,
Borough of Wallington
PFUND MCDONNELL, P.C.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
201-857-5040
Fx:201-857-5041
mmcdonell@pfundmcdonnell.com

Dated: April 16, 2021